**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2544**

EDMUND AWAH,

Plaintiff - Appellant,

v.

TRANSUNION; EQUIFAX; EXPERIAN,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Ellen L. Hollander, District Judge. (1:15-cv-02042-ELH)

Submitted:  May 18, 2016                    Decided:  May 20, 2016

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edmund K. Awah, Appellant Pro Se.   Nathan Daniel Adler, NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, PA, Baltimore, Maryland; Sandy David Baron, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, PA, Potomac, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmund Awah seeks to appeal the district court's order denying his motion to remand his civil case back to state court after it was removed to federal court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Awah seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Caterpillar Inc. v. Lewis, 519 U.S. 61, 74 (1996) (noting that an order denying a motion to remand, standing alone, is not final order). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED